**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| *Plaintiff,* | ) ) | *Case No.* **22-cr-00075-BP** |
| v. | ) ) ) | |
| **ERIC BANDA CARMONA** | ) ) ) | |
| *Defendant.* | ) | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT

**COMES NOW,** Shawn L. Blair, and for counsel's Motion to Withdraw as Attorney of Record for Defendant states as follows:

1. Defendant's trial is currently scheduled for the October 2023 trial docket.

2. On September 15, 2023, attorney Melinda Clark-Sann and attorney Tracey Chappell entered their appearance on behalf of Defendant.

3. Defendant has communicated to undersigned counsel that he no longer needed undersigned counsel to represent him.

4. This motion is made in good faith and not to vex or harass this Honorable Court or The United States of America.

5. Undersigned counsel would respectfully request this Court for an order allowing counsel to withdraw as attorney of record.

**WHEREFORE**, Counsel Shawn L. Blair respectfully requests that his Honorable Court sustain this motion to withdraw, or in the alternative, to schedule a hearing in this matter.

Respectfully submitted,

/s/ Shawn L. Blair
Shawn L. Blair, #54260
Bologna, and Blair, LLC
118 North Water Street
Liberty, Missouri 64068
Fax: 816-781-9885    Tel: 816-792-3529
Attorney for Defendant

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that the foregoing was sent electronically through ECF/PACER to counsel of record.

/s/ Shawn L. Blair
Shawn L. Blair